# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2534

_____

GEORGE HENDROCK,

Appellant,

v.

DISNEY BARZAGA LUNA and IGOR
MAZZORA BATISTA,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
William Scott Henry, Judge.

May 27, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George Hendrock, pro se, Appellant.

Disney Barzaga Luna, pro se, Appellee.

No appearance for Appellee Igor Mazzora Batista.